THE PERU AND INDIANAPOLIS RAILROAD COMPANY *v.*
HUGHES.

*Wednesday,
December 21.*

APPEAL from the *Tipton* Circuit Court.

*Per Curiam.*—This case is here upon the evidence.

If the evidence in the record is all that was given, we do not see how we can disturb the judgment below; but the record does not purport to contain all the evidence.

The judgment is affirmed with 10 per cent. damages and costs.

*J. Green* and *N. B. Taylor*, for the appellants.

*J. A. Lewis*, for the appellee.